# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DENNIS HUTCHINSON,                                        PLAINTIFF
ADC #143206

v.                      4:18CV00335-JM-JTK

TIM LOWERY, et al.                                        DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a _de novo_ review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Jones' Motion for Summary Judgment (Doc. No. 34) is GRANTED, and she is DISMISSED from Plaintiff's complaint, without prejudice.

IT IS SO ORDERED this 15th day of January, 2019.

                                                   _____
                                                   James M. Moody Jr.
                                                   United States District Judge